IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYREE WALLACE,                          :
      Plaintiff,                         :
                                 :          CIVIL ACTION
      v.                               :          No. 25-1789
                                 :
CITY OF PHILADELPHIA et al.,             :
      Defendants.                        :

## ORDER

**AND NOW**, this 30th day of June, 2026, upon consideration of the Second

Motion to Dismiss filed by Defendants Charles Boyle, Walter Campbell, Frank

Dembeck, Robert Dougherty, James Feldmeyer, Detective Patterson, and Detective

Myles ("Individual Defendants") (ECF No. 34), Plaintiff's response thereto, and for

the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that

the Second Motion to Dismiss is **GRANTED** in part and **DENIED** in part as

follows:

1. Individual Defendants' Motion is **GRANTED** as to Counts I and V.

   Counts I and V of the Amended Complaint are **DISMISSED WITH**

   **PREJUDICE** as against all Individual Defendants.

2. Individual Defendants' Motion is **DENIED** as to Counts II and III of the

   Amended Complaint.

3. All Individual Defendants shall file their Answer to Counts II and III of

the Amended Complaint within 14 days of the date of this Order.

It is **FURTHER ORDERED** that, upon consideration of this Court's February 5, 2026 Order to Show Cause (ECF No. 44), Plaintiff's February 10, 2026 response thereto (ECF No. 45), indicating he intended to seek leave to amend the complaint within 14 days, and his failure to do so, Defendants **Detective Jeffrey Piree** and **Detective Fitzgerald** are **DISMISSED WITHOUT PREJUDICE.**

BY THE COURT:

_____

Hon. Mia R. Perez